■ THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court in *People* v. *Smith* (10 A D 2d 709). Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER SMITH.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALLY BARON against MILDRED TEITELBAUM et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, containing the original transcript of the stenographic minutes on the hearing, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for the respondents, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of ALDA L. SUTTON, against HERMAN E. HILLEBOE, as Commissioner of the Department of Health of the State of New York.— Motion to dispense with printing granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Attorney-General of the State of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLEM C. RANSOM et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ JAMES A. BUCKLEY v. 2570 BROADWAY CORP. et al.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for the respondents and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILKEN McCREA.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM JAMES HENSLER. — Motion for leave to reargue granted, and upon reargument motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one